ROBERT L. REDFIELD et al., as Trustees under the Will of MONTGOMERY B. COWPERTHWAIT, Deceased, et al., Appellants, *v.* WALTER CRITCHLEY et al., as Executors of HERBERT M. COWPERTHWAIT, Deceased, et al., Appellants, and LOUISE C. LAWRENCE, Respondent.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 336.)

MARY ISAAC, as Administratrix of the Estate of NELSON ISAAC, Deceased, Appellant, *v.* TOWN OF QUEENSBURY, Respondent.

LEONARD H. GUNNING, Appellant, *v.* SAME, Respondent.

FRANCIS H. DEROSIA, Appellant, *v.* SAME, Respondent.

DESMOND B. LA POINT, Appellant, *v.* SAME, Respondent.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 37.)